IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CAYENNE MEDICAL, INC.,  )
                        )
              Plaintiff, )
                        )
vs.                     )
                        )
MEDSHAPE, INC.,         )   No. 2:14-cv-0451-HRH
                        )
              Defendant. )
_____)

O R D E R

Case Status

The parties are making good progress through the schedule approved by the court leading to a Markman hearing.[1]

A settlement conference is scheduled to convene December 10, 2014.

The court is in the process of constructing a calendar for proceedings in Phoenix during March of 2015. On the assumption that this case may not settle, the court will be scheduling the claim construction hearing for March 20, 2015, or March 23, 2015, to follow completion of trial in the case of Yates v. Maricopa County, No. 2:13-cv-1386-HRH.

DATED at Anchorage, Alaska, this  25th  day of November, 2014.

/s/ H. Russel Holland
United States District Judge

---

[1] See Scheduling and Planning Order at 2-3, ¶¶ D.1 - D.13, Docket No. 31.