IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CAYENNE MEDICAL, INC.,  )
                        )
            Plaintiff,  )
                        )
    vs.                 )
                        )
MEDSHAPE, INC.,         )    No. 2:14-cv-0451-HRH
                        )
            Defendant.  )
_____)

O R D E R

Case Dismissed

Having considered the parties' *Stipulation of Dismissal of All Claims and Counterclaims*[1] pursuant to Federal Rule 41(a)(1)(A)(ii), filed June 6, 2016, and good cause appearing,

IT IS HEREBY ORDERED that:

1. This action is dismissed, with all of Cayenne's claims, defenses, and counterclaims dismissed with prejudice and all of MedShape's invalidity defenses and invalidity counterclaims dismissed without prejudice;

2. Each party shall bear its own costs, attorney fees, and expenses.

DATED at Anchorage, Alaska, this  6th  day of June, 2016.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 139.

Order – Case Dismissed                                                    - 1 -